IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| SOUTHEAST GEORGIA HEALTH SYSTEM, INC., <br><br> Plaintiff, <br><br> v. <br><br> GEICO CASUALTY COMPANY, <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> FARAH & FARAH, P.A.; RICHARD A. STAGGARD; and BRANDON MILES, <br><br> Third-Party Defendants. | CV 120-098 |

### O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 16.) Plaintiff, Defendant, and Third-Party Defendants consent to dismissal of all claims pending; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that all pending claims in the case are **DISMISSED WITH PREJUDICE.** The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 3rd day of September, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA